

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-23-00252-CR

**EX PARTE** Luis Adael **GUMESINDO-PASCUAL**

From the County Court, Kinney County, Texas
Trial Court No. 13755CR
Honorable Susan D. Reed, Judge Presiding

BEFORE CHIEF JUSTICE MARTINEZ, JUSTICE VALENZUELA, AND JUSTICE SPEARS

In accordance with this court's memorandum opinion of this date, the trial court's order denying Appellant's application for pretrial writ of habeas corpus is AFFIRMED and LIFT the stay imposed on March 29, 2023.

SIGNED August 5, 2025.

_____
Rebeca C. Martinez, Chief Justice